**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LILY & VAL, LLC,

     Plaintiff,                          Case No.: 1:26-cv-02905

v.                                  Judge  Charles P. Kocoras

THE PARTNERSHIPS AND UNINCORPORATED  Magistrate Judge  Daniel P. McLaughlin
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

     Defendants.

## NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on Tuesday, April 28, 2026, at 9:50 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person before the Honorable Judge Charles P. Kocoras of the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

Default and Default Judgment against the Defendants Identified in First Amended Schedule A.

DATED: April 21, 2026                 Respectfully submitted,

                                  */s/ Keith A. Vogt*
                                  Keith A. Vogt
                                  FL Bar No. 1036084 / IL Bar No. 6207971
                                  Keith A. Vogt PLLC
                                  1820 NE 163rd Street, Suite #306
                                  North Miami Beach, Florida 33162
                                  Telephone: 312-971-6752
                                  E-mail:  keith@vogtip.com

                                  ***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 21, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.

2