## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lily & Val, LLC

                    Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                    Defendant.

Case No.:
1:26–cv–02905

Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Upon Plaintiff's report of full satisfaction of judgment [41], the Court, pursuant to LR 58.1, enters the satisfaction of judgment as to Defendant suoxianshangmaoshanghang. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.